UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:_____

FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR INDYMAC BANK, F.S.B.,

   Plaintiff,

v.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, a Florida corporation,

   Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

To: Fidelity National Title Insurance Company
   c/o Registered Agent Chief Financial Officer
   200 East Gaines Street
   Tallahassee, FL 32399

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STOLZENBERG GELLES FLYNN & ARANGO, LLP
c/o Joshua A. Migdal, Esq.
1401 Brickell Avenue, Suite 825
Miami, Florida 33131
(305) 961-1450

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                       *CLERK OF THE COURT*

Date: _____

                      _____
                      *Signature of Clerk of Deputy Clerk*