**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 14-CV-61574-WPD-Dimitrouleas

FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR INDYMAC BANK, F.S.B.,

        Plaintiff,

vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, a Florida corporation,

        Defendant.

_____/

**<u>NOTICE OF SETTLEMENT AND</u>**
**<u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for

INDYMAC BANK ("FDIC-R"), and Defendant, FIDELITY NATIONAL TITLE INSURANCE

COMPANY, by and through their respective undersigned counsel, hereby notify the Court that the

Parties have entered into a Settlement Agreement and stipulate and agree as follows, in accordance

with the Settlement Agreement:

1. This action shall be dismissed with prejudice with each party to bear its own attorney's

   fees and costs in this lawsuit.

2. The Parties request the Court to retain jurisdiction for sixty (60) days to enforce the

   terms of the Parties' Settlement Agreement, if necessary, in this matter.

3. The Parties request the Court enter such order(s) as it may be necessary to effectuate

   the dismissal in accordance with the terms agreed to by the Parties.

WHEREFORE, the Parties respectfully request the Court enter an Order of Dismissal

dismissing this case with prejudice, reserving jurisdiction for sixty (60) days to enforce the terms of the Parties' Settlement Agreement, and granting such other and further relief this Court deems just and proper.

Dated:  December 3, 2015

Respectfully submitted,

| | |
|---|---|
| s/*Larry L. Cook*<br>Larry L. Cook, Esq. (Fl. Bar No. 236799)<br>Tamarah Brodsky (Fl. Bar No. 567108)<br>Fidelity National Law Group<br>200 W. Cypress Creek Rd., Ste 210<br>Fort Lauderdale, FL 33309<br>Telephone: (954) 453-4692<br>Fax: (954) 414-2101<br>*Counsel for Defendant* | */s/ George T. Breur*<br>Josh Migdal, Esq.<br>Florida Bar No. 19136<br>George T. Breur<br>Florida Bar No. 33283<br>Stolzenberg, Gelles, Flynn & Arango, LLP<br>1401 Brickell Ave, Suite 825<br>Miami, Florida 33131<br>Telephone: (305) 961-1450<br>Fax: (305)423-3979<br>*Counsel for Plaintiff* |